## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

APRIL R. FLAKE,

    Plaintiff,

v.                                                       Case No. 2:21-cv-10677-NGE-CI

FINANCIAL RECOVERY
SERVICES, INC.,

    Defendant.

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that April R. Flake ("Plaintiff"), hereby notifies the

Court that Plaintiff and Defendant, Financial Recovery Services, Inc., have settled

all claims between them in this matter and are in the process of completing the final

closing documents and filing the dismissal. The Parties propose to file a dismissal

with prejudice within 60 days of submission of this Notice of Settlement and pray

the Court to stay all proceedings until that time.

Dated: May 4, 2021                                     Respectfully submitted,

                                                   *s/ Alexander J. Taylor*
                                                   Alexander J. Taylor, Esq.
    Sulaiman Law Group, Ltd.
    2500 S. Highland Ave., Ste. 200
    Lombard, IL 60148
    Phone: (630) 575-8181
    ataylor@sulaimanlaw.com
    *Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*<u>s/ Alexander J. Taylor</u>*
Alexander J. Taylor
